■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL TOMBACK, Appellant. [665 NYS2d 932] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered March 12, 1996, convicting him of criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Satloff,* 56 NY2d 745, 746; *People v Sutherland,* 166 AD2d 732). In any event, contrary to the defendant's contention, the jury's verdict was not repugnant as a matter of law since a verdict was rendered only as to one count (*see, People v Tucker,* 55 NY2d 1, 6). In addition, the defense of justification is inapplicable to the crime of criminal possession of a weapon (*see, People v Pons,* 68 NY2d 264; *People v Almodovar,* 62 NY2d 126; *People v Cosby,* 200 AD2d 682, 683). Santucci, J. P., Joy, Friedmann and Luciano, JJ., concur.